UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TAJDINALI MOMIN, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-1017-OLG (HJB) |
| USDHS SECRETARY KRISTI NOEM; ACTING DIRECTOR, ICE TODD M. LYONS; FOD, SAN ANTONIO MIGUEL VERGARA; and WARDEN, T. DON HUTTO CHARLOTTE COLLINS; | § § § § § § § | |
| Respondents. | § | |

**ORDER FOR SERVICE
AND ANSWER/RESPONSES**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Docket Entry 1) filed on August 18, 2025. On October 9, 2025, the District Court referred this case to the undersigned for disposition of all pretrial matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 8.)

It is hereby **ORDERED** that the U.S. Clerk of Court must send copies of the Petition for Writ of Habeas Corpus (Docket Entry 1) and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the United States Attorney on behalf of all Respondents at the following address:

**Mary F. Kruger
U.S. Attorney's Office
Chief, Civil Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216**

Absent further order of the Court, such delivery will constitute sufficient service of process upon all Respondents.

It is **FURTHER ORDERED** that Respondents must file an Answer or Response to the Petition for Writ of Habeas Corpus (Docket Entry 1) within **seven (7) days** from date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after the Respondents file their answers/responses.

**SIGNED** on October 27, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge